

SECRET

**Synopsis**
(Indictment)



U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2025 JUN 10 P 12: 59

| | |
|---|---|
| **Name:** | Deborah Oldis |
| **Address:**<br>**(City & State Only)** | Augusta, Maine |
| **Year of Birth and Age:** | 1963; 62 |
| **Violations:** | Count 1: Social Security Benefit Fraud – Concealment, in violation of 42 U.S.C. § 1383a(a)(3). (Class D felony) |
| **Penalties:** | Count 1: Imprisonment of not more than 5 years, a fine of not more than $250,000, or both.<br>42 U.S.C. § 1383a; 18 U.S.C. § 3571(b)(3). |
| **Supervised Release:** | Count 1: Not more than three years.<br>18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than two years.<br>18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Not more than three years, less any term of imprisonment imposed for revocation.<br>18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | James Nixon, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | Special Agent Linn Morten, SSA-OIG |
| **Detention Status:** | Warrant requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Kennebec |
| **AUSA:** | Alisa Ross |
| **Guidelines apply? Y/N** | Y |

| Victim Case: | Y |
|---|---|
| Corporate Victims Owed Restitution?<br>  Y/N | N |
| Assessments: | $100 per count |